UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

May 8, 2025

## LETTER ORDER

Re:    *GoldStar Logistics LLC v. Amazon.com Services LLC*,
       Civil Action No. 24-1259 (ES) (JRA)

Dear Counsel:

On January 30, 2024, Goldstar Logistics LLC ("Plaintiff") initiated this action in the Superior Court of New Jersey, Law Division, Union County against defendant Amazon.com Services LLC ("Defendant"). (D.E. No. 1-1). Plaintiff asserts five claims against Defendant for its alleged failure to pay for trucking and other logistics services Plaintiff provided Defendant from 2021 to 2023, including "account stated" (Count I), breach of contract (Count II), quantum meruit (Count III), "book account" (Count IV), unjust enrichment (Count V), and breach of the implied covenant of good faith and fair dealing (Count VI). (*Id.* ¶¶ 1 & 27–49).

On March 1, 2024, Defendant removed the instant action to this Court. (D.E. No. 1). On April 12, 2024, Defendant moved to transfer this action to the United States District Court, Western District of Washington. (D.E. No. 7). On November 19, 2024, the Honorable José R. Almonte, U.S.M.J., issued a report and recommendation, wherein Judge Almonte recommended that Defendant's motion be granted and that this matter should be transferred to the United States District Court, Western District of Washington. (D.E. No. 14 ("Report and Recommendation" or "R&R")). To date, no party has filed any objections to Magistrate Judge Almonte's R&R.[1]

"[W]here no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes). Here, the Court independently reviewed the record and Magistrate Judge Almonte's R&R without oral argument, *see* Fed. R. Civ. P. 78(b) and L. Civ. R. 78.1(b), and finds no clear error on the face of the record. Thus, having reviewed the parties' submissions and Magistrate Judge Almonte's unopposed R&R, and for the reasons stated therein,

---

[1]    On November 26, 2024, Plaintiff requested, with the consent of Defendant, a two-week extension to file objections to Magistrate Judge Almonte's R&R, which this Court granted. (D.E. Nos. 15 & 16). Plaintiff never filed objections, and on April 1, 2025, Defendant moved this Court to adopt Magistrate Judge Almonte's unopposed R&R. (D.E. No. 17).

**IT IS** on this 8th day of May 2025,

**ORDERED** that this Court **ADOPTS** Magistrate Judge Almonte's unopposed Report and Recommendation (D.E. No. 14) in full as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Transfer (D.E. No. 7) is **GRANTED**; and it is further

**ORDERED** that this matter shall be **TRANSFERRED** to the United States District Court, Western District of Washington; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Numbers 14 and 17 and **CLOSE** this matter.

                                              <u>s/Esther Salas</u>
                                              **Esther Salas, U.S.D.J.**